IN THE MUNICIPAL COURT OF
MADISON, WISCONSIN

CITY OF MADISON,           )
                                           )
            Plaintiff,       )
                                         )
v.                             )     Case No. 15-MOR-568
                                       )
UBER TECHNOLOGIES, INC.    )
                                       )
            Defendant.   )
                                       )
                                       )
                                       )
                                       )
                                       )

**<u>NOTICE OF FILING, NOTICE OF REMOVAL</u>**

TO:    Clerk of the Court
          Municipal Court of Madison, Wisconsin
          City-County Building
          210 Martin Luther King Jr. Blvd., Room 203
          Madison, Wisconsin 53703

          Michael P. May, Esq.
          City Attorney
          Adriana Peguero
          Assistant City Attorney
          City-County Building
          210 Martin Luther King Jr. Blvd., Room 401
          Madison, Wisconsin 53703

PLEASE TAKE NOTICE that Defendant Uber Technologies, Inc., by and through its

undersigned counsel, has, on this 13th day of February, 2015, filed its Notice of Removal in the

office of the Clerk of the United States District Court for the Western District of Wisconsin,

removing the above-captioned action to the United States District Court for the Western District

of Wisconsin. A copy of the Notice of Removal is attached hereto as **Exhibit A** and is hereby

served upon you.

Respectfully submitted,

HALLING & CAYO, S.C.

By:/s/Michael Schaalman
 Michael H. Schaalman (# 1015424)
 (mhs@hallingcayo.com)
 Jeremy P. Levinson (# 1026359)
 (jpl@hallingcayo.com)
 Patrick T. O'Neill (#1079079)
 (pto@hallingcayo.com)
 HALLING & CAYO, S.C.
 320 East Buffalo St., Suite 700
 Milwaukee, Wisconsin 53202
 (414) 271.3000 (telephone)
 (414) 271.3841 (facsimile)

 *Attorneys for Defendant Uber Technologies, Inc.*

 Douglas R. Cole (OH 0070665)
 (drcole@organcole.com)
 Carrie M. Lymanstall (OH 0084393)
 (cmlymanstall@organcole.com)
 *Organ Cole + Stock llp*
 1330 Dublin Road
 Columbus, Ohio 43215
 Telephone: 614.481.0900
 Facsimile: 614.481.0904

 *Of Counsel for Defendant Uber Technologies, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing was served this 13th day of February, 2015, by U.S. mail, first class postage prepaid, to the following:

Michael P. May, Esq.
City Attorney
Adriana Peguero, Esq.
Assistant City Attorney
City of Madison, Wisconsin
210 Dr. Martin Luther King Jr. Blvd.
Room 401
Madison, Wisconsin 53703
Telephone: 608.266.4511
Facsimile: 608.267.8715
(attorney@cityofmadison.com)

Attorneys for Plaintiff City of Madison


/s/ Michael Schaalman

*One of the Attorneys for Defendant Uber Technologies, Inc.*