NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

City of Madison

_____

v.

Uber Technologies, Inc.

_____

Case No. _____

### DISCLOSURE OF CORPORATE AFFILIATIONS
### AND FINANCIAL INTEREST

I, the undersigned counsel of record for ___Uber Technologies, Inc._____, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

    ☐ YES    ☒ NO

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

    _____

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    ☐ YES    ☒ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party:

    _____

/s/ Michael Schaalman                          February 13, 2015
_____          _____
Signature of Counsel                              Date

4/19/11