UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CITY OF MADISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-cv-00101 |
| v. | ) | |
| | ) | |
| | ) | |
| UBER TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

---

**PLAINTIFF'S MOTION TO REMAND**

---

Plaintiff City of Madison ("the City"), by its attorneys, City Attorney Michael May and Assistant City Attorneys Adriana Peguero and Brett Blomme, move this Court pursuant to 28 U.S.C. § 1447(c), to remand the above-captioned case to the Madison Municipal Court for lack of subject-matter jurisdiction.  Oral argument is not requested.  The reasons for the City's motion are contained in the accompanying brief.

WHEREFORE, the City respectfully requests that this Court remand the case to the Madison Municipal Court.

Respectfully submitted this 5th day of March, 2015,

Attorneys for the Plaintiff

By:     /s/ Michael P. May
        Michael P. May, City Attorney
        State Bar # 1011610
        mmay@cityofmadison.com

1

/s/ Adriana M. Peguero
Adriana M. Peguero, Assistant City Attorney
State Bar # 1054903
apeguero@cityofmadison.com

/s/ Brett Blomme
Brett Blomme, Assistant City Attorney
State Bar # 1078865
bblomme@cityofmadison.com

Office of the City Attorney
210 Martin Luther King Jr. Blvd., Room 401
Madison, WI   53703
(608) 266-4511, Fax (608) 267-8715

2