UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CITY OF MADISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:15-CV-101 ) |
| UBER TECHNOLOGIES, INC. | ) ) JUDGE CRABB |
| Defendant. | ) ) ) ) |

**DEFENDANT UBER TECHNOLOGIES, INC.'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Uber Technologies, Inc. ("Uber") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the December 15, 2014 decision of the U.S. Supreme Court in *Dart Cherokee Basin Operating Co. v. Owens*, ___U.S.___, 135 S. Ct. 547 (Dec. 15, 2014).

While the Supreme Court's holding did not change the evidentiary burden-shifting approach already applied by the Seventh Circuit to amount-in-controversy allegations under 28 U.S.C. § 1446, the Court explicitly held that "as specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.  Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation." *Id.* at 554.

Uber respectfully brings this case to the Court's attention in view of Plaintiff's statement in its Reply Brief (Doc. No. 15 at 1-2) that the declaration Uber submitted in support of its Brief in Opposition to Plaintiff's Motion to Remand is improper and should be ignored.

Respectfully submitted,

HALLING & CAYO, S.C.

By: /s/Michael Schaalman
Michael H. Schaalman (# 1015424)
mhs@hallingcayo.com
Jeremy P. Levinson (# 1026359)
jpl@hallingcayo.com
Patrick T. O'Neill (# 1079079)
pto@hallingcayo.com
HALLING & CAYO, S.C.
320 East Buffalo St., Suite 700
Milwaukee, Wisconsin 53202
414.271.3000 (t)
414.271.3841 (f)


*Of Counsel*:
Douglas R. Cole (Ohio 0070665)
drcole@organcole.com
Carrie M. Lymanstall (Ohio 0084393)
cmlymanstall@organcole.com
ORGAN COLE LLP
1330 Dublin Road
Columbus, OH 43215
614.481.0900 (t)
614.481.0904 (f)
*Admitted pro hac vice*

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served to all counsel of record via operation of the Court's electronic filing system this 10th day of April 2015.

/s/ Michael Schaalman
*One of the Attorneys for Defendant Uber Technologies, Inc.*