U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK
120 N Henry St. Room 320, MADISON, WI 53701
(608) 264-5156

May 13, 2015

Madison Municipal Court
City County Building
210 Martin Luther King Jr. Blvd.
Room 203
Madison WI 53703

RE: City Of Madison v. Uber Technologies, Inc.

Case No. 15-cv-101-bbc

Dear Clerk:

Enclosed please find the original record in the matter referenced above, along with a certified copy of the docket sheet and the order remanding this case to your court. Please acknowledge receipt of these documents by file-stamping the enclosed copy of this letter and returning the same in the envelope provided.

                                Very truly yours,

                                PETER OPPENEER
                                Clerk of Court

                            By: _____
                                Deputy Clerk

FILED
MAY 15 2015
MADISON MUNICIPAL COURT
MADISON, WI 53703